**Electronically Filed
Supreme Court
SCWC-13-0000449
21-DEC-2016
11:48 AM**

SCWC-13-0000449

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE ISHIDA-WAIAKAMILO
LEGACY TRUST DATED JUNE 27, 2006

AND

IN THE MATTER OF THE ISHIDA-WINANT
LEGACY TRUST DATED JUNE 27, 2006

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000449, CAAP-13-0000450;
T. NOS. 12-1-0080 and 12-1-0081)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners Richard H. Ishida, Jr., and Rachel N. Ishida's application for writ of certiorari filed on November 7, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 21, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

